PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

| | |
|---|---|
| Name of Offender: Tony Whitaker | Cr.: 19-00856-001 |
| | PACTS #: 6337991 |

Name of Sentencing Judicial Officer:  THE HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/10/2021

Original Offense: Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

Original Sentence: 13 months imprisonment, 36 months supervised release

Special Conditions: Drug Testing and Treatment, Gang/Criminal Associations Prohibition, and Life Skills/Education.

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: 03/10/2021 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
| | Mr. Whitaker tested positive for marijuana on the following dates: January 28, February 15, March 2, and March 18, 2022. The positive test results were confirmed by the lab. Whitaker admitted to smoking marijuana to help calm his nerves and reduce stress. |

U.S. Probation Officer Action:

The undersigned offered a verbal reprimand and reviewed cognitive behavior skills and strategies. Mr. Whitaker continues to attend outpatient treatment at Oaks Integrated, Montclair, New Jersey. Although Mr. Whitaker is very open to learning healthy tools and openly communicates with his treatment provider, he continues to test positive for THC while in treatment. Mr. Whitaker has expressed to the treatment provider that he needs to smoke marijuana to slow down and relax. The treatment provider believes, Mr. Whitaker uses marijuana to cope with his attention deficit hyperactivity disorder (ADHD). The treatment provider has recommended medication; however, Mr. Whitaker refuses to take prescription medications. Lastly, the treatment provider recommends an increase of treatment, specifically, Mr. Whitaker will be recommended to attend group counseling; however, she has concerns because Mr. Whitaker already has great difficulty keeping his individual appointments due to his work hours. The undersigned respectfully requests a status conference with Your Honor to address Mr. Whitaker's noncompliance and to discuss possible solutions.

Prob 12A – page 2
Tony Whitaker

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   JULIE CHOWDHURY
U.S. Probation Officer

/ jc

APPROVED:

_____   03/31/2022
DONALD L. MARTENZ, JR.                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  Status Conference Scheduled for   4/19/22 at 3 p.m. via zoom

[ ]  *as recommended by the Probation Office*) Submit a Request for Modifying the Conditions or

[ ]  Term of Supervision

[ ]  Submit a Request for Warrant or Summons

     Other

_____
Signature of Judicial Officer

4/5/22
_____
Date